# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:15CR348 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JONATHAN LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Jonathan Lopez (Lopez) (Filing No. 30). Lopez seeks a continuance of the trial of this matter which was scheduled for May 23, 2016. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Lopez's motion to continue trial (Filing No. 30) is granted.
2. Trial of this matter is re-scheduled for **June 27, 2016,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 12, 2016, and June 27, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 12th day of May, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge